# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50149          **Case Name:** Robin Lachelle Terrell and Ben Terrell

**Set:** 04/15/2025 01:30 pm   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #18) - ORDER WITHDRAWING OBJECTION TO BE SUBMITTED BY DUNCAN

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) Duncan to submit an Order withdrawing the Objection filed by the Trustee [18]. Order due by 04/29/2025. Confirmation hearing removed. (mcc)