IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: ROBIN LACHELLE TERRELL
AND BEN TERRELL,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 25-50149-KMS

DAVID RAWLINGS, TRUSTEE

## TRUSTEE'S MOTION TO
## DISBURSE GARNISHED FUNDS

COMES NOW, the Chapter 13 Trustee, David Rawlings, by and through his attorney, and files this Motion to Disburse Garnished Funds, and says:

1. That the Trustee has received $1,708.59 in non-exempt garnished funds.

2. That the Confirmed Plan provided for the unsecured creditors to be paid at least $5,938.86.

3. That the amount paid to the unsecured creditors should be increased by said garnished amount, and the Trustee should be authorized to disburse the garnished funds to the unsecured creditors.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays relief as set out herein. Further, the Trustee prays for such other relief, either general or specific, as to which this Court may deem meet and proper.

Respectfully submitted,

DAVID RAWLINGS, TRUSTEE

BY: /s/Samuel J. Duncan
Samuel J. Duncan,
His Attorney

–1–

–2–

Samuel J. Duncan
Attorney for Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
Telephone: (601) 582-5011
Miss. Bar No. 6234

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on this day forwarded, via the Court's ecf filing system, a true and correct copy of the foregoing Motion to: the US Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; Thomas Rollins, Jr.

So certified on this the 16th day of May, 2025.

                                                 */s/Samuel J. Duncan*
                                                       Samuel J. Duncan