United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-50149-KMS |
| Robin Lachelle Terrell | Chapter 13 |
| Ben Terrell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: May 14, 2025 | Form ID: n031 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robin Lachelle Terrell, Ben Terrell, 380 Spruce St., Heidelberg, MS 39439-3308 |
| 5470403 | ++ | ACTION FINANCE, PO BOX 869, MERIDIAN MS 39302-0869 address filed with court:, Action Finance, P.O. Box 869, Meridian, MS 39302 |
| 5494270 | + | Action Financial Services, Inc., 803 A North 16th Ave, Laurel, MS 39440-3377 |
| 5470404 | + | AmeriPro EMS of MS, P.O. Box 16912, Atlanta, GA 30321-0912 |
| 5470407 | | First Financial Loans, 1219 W 8th St, Laurel, MS 39440 |
| 5482186 | + | First Financial Loans, Inc., 1219 W 5th St., Laurel, MA 39440-3807 |
| 5470416 | + | MS Title Loan, 909 Pass Rd, Gulfport, MS 39501-6449 |
| 5470413 | + | McGuffee Law Firm, P.O. Box 4219, Brandon, MS 39047-4219 |
| 5470415 | + | Money Lenders, 134 Beacon St, Laurel, MS 39440-4428 |
| 5476133 | + | Money Lenders Finance Co. Inc., 134 Leontyne Price Blvd Suite A, Laurel MS 39440-4428 |
| 5470418 | | Republic Finance, 3710 B MS 39, Meridian, MS 39301 |
| 5489834 | + | South Central Clinics, 1220 Jefferson Street, Laurel, MS 39440-4355 |
| 5470419 | + | South Central Regional, P.O. Box 247, Laurel, MS 39441-0247 |
| 5489833 | + | South Central Regional Medical Center, 1220 Jefferson Street, Laurel, MS 39440-4374 |
| 5470420 | | Sunbelt FCU, Attn: Bankruptcy, 6885 Us Hwy 49, Hattiesburg, MS 39402 |
| 5470423 | + | United Credit Corp, 718 23rd Ave, Meridian, MS 39301-5013 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5470405 | + | Email/PDF: creditonebknotifications@resurgent.com | May 14 2025 19:29:51 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5470406 | + | Email/Text: bnc-bluestem@quantum3group.com | May 14 2025 19:25:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5470408 | + | Email/Text: bankruptcy@curo.com | May 14 2025 19:26:00 | First Heritage, Attn: Bankruptcy, Po Box 1947, Greenville, SC 29602-1947 |
| 5496512 | + | Email/Text: kristie.pope@hattiesburgclinic.com | May 14 2025 19:26:00 | Hattiesburg Clinic, PA, 415 S 28th Ave, Hattiesburg, MS 39401-7283 |
| 5491612 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 14 2025 19:25:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5470409 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 14 2025 19:25:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5470410 | | Email/Text: bk@lendmarkfinancial.com | May 14 2025 19:25:00 | Lendmark Financial Services, LLC, 2118 Usher St., Covington, GA 30014 |
| 5478072 | | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2025 19:29:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5470411 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0538-6
User: mssbad
Page 2 of 3

Date Rcvd: May 14, 2025
Form ID: n031
Total Noticed: 40

| | | | May 14 2025 19:29:56 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5470412 | + | Email/Text: bankruptcy@marinerfinance.com | May 14 2025 19:25:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5470414 | + | Email/Text: bankruptcy@sccompanies.com | May 14 2025 19:26:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5497923 | + | Email/Text: bankruptcy_department@clacorp.com | May 14 2025 19:25:00 | Mississippi Title Loans, Inc., c/o Legal Dept, 8601 Dunwoody Place, Ste. 406, Atlanta, GA 30350-2550 |
| 5481600 | + | Email/Text: bankruptcy@sccompanies.com | May 14 2025 19:26:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5493570 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2025 19:29:56 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5470417 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2025 19:29:51 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5482265 | | Email/Text: bankruptcy@republicfinance.com | May 14 2025 19:26:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 5470421 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 14 2025 19:29:51 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5470422 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 14 2025 19:29:56 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5470424 | ^ | MEBN | May 14 2025 19:23:16 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5470425 | + | Email/Text: sm.rd.so.bkr@usda.gov | May 14 2025 19:25:00 | USDA Rural Development, Attn: Bankruptcy Dept, Po Box 66889, St. Louis, MO 63166-6889 |
| 5470426 | + | Email/Text: ebone.woods@usdoj.gov | May 14 2025 19:25:00 | USDA Rural Development, c/o US Attorney, 501 E Court St, Ste 4.401, Jackson, MS 39201-5022 |
| 5493572 | + | Email/PDF: ebn_ais@aisinfo.com | May 14 2025 19:29:56 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5470427 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 14 2025 19:25:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 5470428 | + | Email/Text: bnc-bluestem@quantum3group.com | May 14 2025 19:25:00 | WEBBank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0538-6            User: mssbad            Page 3 of 3

Date Rcvd: May 14, 2025            Form ID: n031            Total Noticed: 40

Date: May 16, 2025            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Robin Lachelle Terrell trollins@therollinsfirm.com<br>jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Ben Terrell trollins@therollinsfirm.com<br>jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |


TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50149−KMS
**Chapter:** 13

**In re:**

Robin Lachelle Terrell
aka Robin L Terrell, fka Robin Smith
380 Spruce St.
Heidelberg, MS 39439

Ben Terrell
380 Spruce St.
Heidelberg, MS 39439

### Notice of Entry of Order Confirming Plan

The Court entered an Order on May 14, 2025 (Dkt. # 32 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: May 14, 2025

Danny L. Miller, Clerk of Court