# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50149  **Case Name:** Robin Lachelle Terrell and Ben Terrell

**Set:** 06/20/2025 10:30 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Motion to Disburse Garnished Funds Filed by Trustee David Rawlings  (Dkt. #33)

---

Minute Entry Re: (related document(s): [33] Generic Motion filed by David Rawlings) Duncan to submit a no response order. Order due by 07/04/2025. Email received from Duncan. (mcc)