

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 3, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    ROBIN LACHELLE TERRELL
          AND BEN TERRELL,
              DEBTOR(S)

                                          CHAPTER 13 BANKRUPTCY
                                          CASE NO. 25-50149-KMS

DAVID RAWLINGS, TRUSTEE

### ORDER ON
### MOTION TO DISBURSE FUNDS

THIS DAY, THIS CAUSE came on to be consider on the Trustee's Motion to Disburse Funds (Docket No. 33), and No Response having been filed, and the Court finds the Motion should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified to increase the amount paid to the timely filed and allowed unsecured creditors by $1,708.59, and the Trustee is directed to immediately disburse said amount to the timely filed and allowed unsecured creditors.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS  39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net