UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  ROBIN LACHELLE TERRELL
        BEN TERRELL
        DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-50149 KMS

## OBJECTION TO UNSECURED CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Objection to the following Unsecured Claim:

UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT
OF AGRICULTURE, RURAL HOUSING SERVICE
CENTRALIZED SERVICING CENTER
PO BOX 66879
ST LOUIS, MO  63166

Court Claim No. 22

Amount of Claim: $22,496.24

Trustee objects to the allowance of said Claim for the reason(s):

claim was not timely filed

*/s/  David Rawlings*

David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: ROBIN LACHELLE TERRELL
BEN TERRELL
DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-50149 KMS

## NOTICE OF OBJECTION TO CLAIM

**You are hereby notified** that an objection to your claim has been filed in the above-referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

and a copy must be served on the undersigned Debtors' attorney and the case trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time and place of the hearing thereon.

Dated: February 11, 2026

/s/ David Rawlings
_____
David Rawlings, Trustee
DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: ROBIN LACHELLE TERRELL
BEN TERRELL
DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-50149 KMS

## CERTIFICATE OF SERVICE

I, David Rawlings, do hereby certify that I have this date transmitted via Electronic Case Filing, and/or via U.S. Mail, postage prepaid, a true and correct copy of OBJECTION TO CLAIM (CENTRALIZED SERVICING CENTER (Claim #22)) and Notice of Objection to Claim to the below parties.

Notice Provided via First Class U.S. Mail:

ROBIN LACHELLE TERRELL
BEN TERRELL
380 Spruce St.
Heidelberg, MS 39439

UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT
OF AGRICULTURE, RURAL HOUSING SERVICE
CENTRALIZED SERVICING CENTER
PO BOX 66879
ST LOUIS, MO 63166

Service provided via Notice of Electronic Filing (NEF) through ECF system:

THOMAS C. ROLLINS, JR
UNITED STATES TRUSTEE

Dated this the 11th day of February, 2026.

/s/ David Rawlings

David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net